# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Alfredo Felix-Vega,<br>a.k.a.: Alfredo Felix Vega,<br>a.k.a.: Luis Rivera Castro,<br>a.k.a.: Antonio Chavez Rodriguez,<br>(A 098 005 911)<br>*Defendant* | Case No.  16-7442 MJ |

DOX
11/16/16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 16, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Alfredo Felix-Vega, an alien, was found in the United States of America, at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Eagle Pass, Texas, on or about April 30, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY:  *CEB*  Charles E. Bailey, P.S. for AUSA Amy Brown

☒ Continued on the attached sheet.

_____
Complainant's signature

Barry P. Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 17, 2016

_____
Judge's signature

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Barry P. Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 16, 2016, while following a lead provided by the Gilbert Police Department, Alfredo Felix-Vega was encountered by the Phoenix ICE Priority Field Operations Team. Felix-Vegas was contacted at his place of residence, located on West Morelos, in Chandler, Arizona. At the scene, ICE Officer Murphy interviewed Felix-Vega and determined him to be a Mexican citizen, illegally present in the United States, and placed him under arrest. On the same date, Felix-Vega was transported to the Phoenix ICE office for further investigation and processing. Felix-Vega was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alfredo Felix-Vega to be a citizen of Mexico and a previously deported criminal alien. Felix-Vega was removed from the United States to Mexico through Eagle Pass, Texas, on or about April 30, 2011, pursuant to

the reinstatement of an order of removal issued by an immigration judge. There is no record of Felix-Vega in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Felix-Vega's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Alfredo Felix-Vega was convicted of Re-Entry of a Removed Alien, a felony offense, on September 13, 2010, in the United States District Court, District Court of Arizona. Felix-Vega was sentenced to thirteen (13) months' imprisonment and three (3) years' supervised release. Felix-Vega's criminal history was matched to him by electronic fingerprint comparison.

5. On November 16, 2016, Alfredo Felix-Vega was advised of his constitutional rights. Felix-Vega freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 16, 2016, Alfredo Felix-Vega, an alien, was found in the United States of America, at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Eagle Pass, Texas, on or about April 30, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Barry P. Jansen,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 17th day of November, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge